No. 89–5356.  LAMBERTI v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5358.  REYNOLDS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 89–5360.  GESUALE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–5362.  HINDMAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–5365.  DEMPSEY v. FEDERAL BUREAU OF INVESTIGATION ET AL. · C. A. 1st Cir.  Certiorari denied.

No. 89–5368.  DIPALING v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 89–5375.  LaROQUE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–5376.  MAKER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–5378.  JAMES ET AL. v. QUINLAN, DIRECTOR, BUREAU OF PRISONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5386.  CASSADY v. ADAIR, INDIVIDUALLY AND AS SUPERINTENDENT OF MONTGOMERY COUNTY SCHOOLS, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 89–5388.  MORSE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–5406.  RAYMER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–5412.  VARGAS v. YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.  C. A. 7th Cir.  Certiorari denied.

No. 89–5415.  CONNELLY v. GROSSMAN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5423.  BRAUGHTON v. TEXAS.  Ct. App. Tex., 13th Dist.  Certiorari denied.